# MEEKER POLICE DEPARTMENT

510 W. Main St.
P.O. Box 428
Meeker Ok. 74855

Chief Don Conner

(405) 279-3320
Fax  (405) 279-2758

## CITIZENS COMPLAINT

Todays Date & Time: June 6th 2012, 806 O'clock
Date & Time of Incident: June 4th, 5:25 O'clock
Location of Incident: Meeker Pawn
Complainant's Name: James Goad    Date Of Birth: 12-10-69
Address: E 980 Rd    Phone#(Home) _____ (Work) 405-664-9197
Officer(s) Involved: Name & Badge# Sean Sugrue, #24

I, James Goad, declare that the following voluntary statement is made of my own free will, without coercion or intimidation by any person or persons. I also understand that any false statement I make can result in criminal and/or civil action against me.

SEE MY ATTACHED STATEMENT

(use additional pages if necessary)

Would you be willing to submit to a polygraph examination in reference to this matter? Yes____ No____

This statement was completed at 08:00 O'clock, On 6th June 2012.

Complainants Signature: _____

Witness: _____

Subscribed and sworn to before me, this 6 day of June, 2012

Notary Public _____ Kay Watts

My Commission Expires 05/05, 2013

At approximately 5:25, on the evening of Monday, June 4, 2012, I arrived at my pawn shop, Meeker Supply & Pawn, on south Highway 18. When I arrived, there was a Town of Meeker Officer blocking the drive in his patrol car. I drove through the ditch, around the officer, parked, and asked if he could please move as he was blocking my driveway.

Officer: Are you the Owner?

JG: Yes

Officer: Don't look like your open

JG: We're not, but I have a truck and trailer coming in & they won't be able to get in the drive

Officer: Technically, I'm not in the drive, I'm in the easement.

JG: That's fine, I'm meeting with the Mayor and the City Manager at 6: anyway

As I walked away he said "Fine, you go talk to whoever you want, I'll move when I'm ready, Then hollered "What's your name?"

I called my wife to tell her what was going on and noticed that he sped out of the driveway.

At approximately 5:45 I left the Pawn Shop to go to City Hall. When I came to the 4-way stop I noticed the officer sitting near Dollar General. When I passed the officer, he pulled out behind me and two other cars and followed me to City Hall. When he arrived at City Hall, he jumped out of his car, pointed his finger at me and said "You didn't have your seat belt on"

JG: Yes I did

Officer: No you did not

JG: Yes I did, as I walked to the door of City Hall, The officer walked to the door of the car and noticed that the car had a lap belt and no shoulder belt. (It is a 67 Camaro)

Officer: Well you rolled the stop sign

JG: I laughed and said "No I didn't"

By that time I had opened the door to City Hall and Mayor, Aaron Head was standing there as the Officer proceeded to ask for my driver's license. I stepped into the building and said "I'll be right here" I looked at Aaron and said "This is what we are here to discuss".

The officer came into the building raising his voice and acting like a fool, telling the City Manager "He has an attitude, and I don't dO attitude". He was being very loud, very aggressive and very, very unprofessional.

I would like to have a copy of all statements pertaining to this complaint including proposed disciplinary actions.

At that time, the City Manager toughed my arm and said lets go into my office. I said he needed to talk to his officer. While I was walking to the Managers office, the officer was in the Chief's officer still hollering.