Sam Byrd
Assistant Chief
Meeker Police Department

11 June 2012

Sean Sugrue
Reserve Officer
Meeker Police Department

Ref: Incident with Mr. Goad

On 4 June 11, 2012 at approximately 1700 hrs, I, Sean Sugrue, was on duty and working stationary radar in the construction zone Located just north of Red Hill road and in front of a closed pawn shop. My vehicle was positioned as follows: Left side vehicle tires were on the asphalt of Dawson road and the other, right side, tires were on the south bound shoulder of Dawson. My vehicle was straddling the pawn shops gravel drive way.

As I was running radar I had a citizen in a beige sixties model Chevrolet Camero pull in behind me then around me to the right side and pull up to an entrance to the pawn shop, which had a cable across it. The citizen exited his vehicle, unlocked the gate, and then approached my passenger side. I greeted the citizen, later identified as James Goad, with a hello and Mr. Goad stated in a grass and sarcastic manner, "I would appreciate it if you moved!" I responded to Mr. Goad that I was not ready to move yet. Mr. Goad then stated angrily, "You are on private property so you better move!" I replied to Mr. Goad that I was on an easement and that I would move as soon as I was ready to. Mr. Goad then inquired if I was a new officer and I stated to him that I was not new and I was a reserve officer. Mr. Goad then stated, "I know the town manager and I have an attorney so you better move!" I advised Mr. Goad that I did not care who he knew and that I was not going to move my vehicle until I was ready to and that dropping names would not sway me in any way. Mr. Goad then stated, "I have a couple employees coming here soon with some trailers to off load and they need to use the drive way." I advised Mr. Goad that I would be out of the way upon their arrival. Mr. Goad then stormed off towards his vehicle while stating, "I am going to be in a meeting with the town manager after this and I will be bringing this up to him." I then left the area and relocated myself at the four-way intersection located at Dawson and Carl Hubbell road. I then observed Mr. Goad heading in the direction of the town hall and I decided I probably needed to meet with the town manager after Mr. Goad did, so I drove towards the

town hall behind Mr. Goad. As I followed Mr. Goad's vehicle I did not observe a shoulder strap for a seat belt being used by Mr. Goad.

Upon my arrival to the Meeker Town Hall I positioned my patrol car in a space directly to the right of Mr. Goad's vehicle. I exited my patrol car and asked Mr. Goad if he had been wearing his seat belt and he replied, "I sure was you gonna write me a ticket or something." I stated to him that if I could prove he was not wearing his seat belt I would write him a citation; however, I knew that the year of his vehicle, 1967-68, only had lap belts therefore I could not and would not write him a citation. Mr. Goad then entered the town hall and started informing the town manager of his quarrel with me. As I entered the town hall I heard Mr. Goad state, "I am not going to have your officer's threatening to write me tickets!" I informed Mr. Goad that if he did not wear his seat belt he would get a citation just like anyone else, and that if he ran a stop sign he would get a citation like anyone else, and if he got caught speeding he would get a citation like anyone else. Mr. Goad then began to rant and rave about being treated badly and attorneys and other stuff to the point he was very irritated and then started towards me when the town manager, Clyde Burger, stepped in between and ushered Mr. Goad to his office.

I was informed by the court clerk, Donna, right after Mr. Goad was escorted away that Mr. Goad had a lot of money and that he thought he could get his way all the time and I needed to be careful what I said. I informed Donna that I was not going to be "bull dogged" by a jack-ass who thinks he can open his mouth and everyone jumps.

I apologize if my actions appeared unprofessional and showed the town in a bad light. If Mr. Goad would have, at first, been nicer about asking me to make a little more room for his workers I would have gladly moved. Mr. Goad needs to know that he does not own the police department and that attempting to get belligerent with a police officer might have some negative effects.

Sincerely,

*[signature]*

Officer Sean Sugrue
Meeker Police Department