# Meeker Police

*Assitant Chief of Police Sam Byrd*

TO: Mr. James W. Goad
340874 E 980 Rd
Meeker, Ok 74855

DT: 13, June 2012

CC: Meeker Chief Don Conner

RE: Complaint against Meeker Reserve Officer Sean Sugrue

Mr. Goad,

On Wednesday 06, June 2012 while at the Meeker Police Department, I received your notarized formal complaint in person against Meeker Reserve Officer Sean Sugrue in which you basically state as the result of having made contact with officer Sugrue, he was "very loud, very aggressive and very, very unprofessional."

Per the Meeker Police Department's Standard Operating Procedures, I conducted an administrative investigation of the incident as well as an interview with Officer Sugrue. After review of all statements, per S.O.P., I have determined that in accordance with Department Police 6.7.16 (b), I have classifed the results as Exonerated – allegations true, but result of adherence to proper and appropriate procedures and techniques.

It was determined that while Officer Sugrue was not completely blocking the Meeker Pawn driveway, he admitted he was on the roadway easement, which proceeds some 20 feet either side of the road surface, which is a legal status. With regards to your employees arrival at the pawn shop, according to his statement, he said he would "be out of the way upon their arrival." In addition, the information gathered from both parties indicate an irritation point for each during the initial meeting that carried on throughout the contact.

Officer Sugrue has appologized for actions that appeared unprofessional and he has been counciled regarding same by myself and again by Chief Conner.

Sam Byrd
Assistant Chief of Police

510 W. Carl Hubbell Blvd. • P.O. Box 428
Meeker, OK 74855
Non-Emergency – (405) 279-3321 • Emergency – (405) 279-3931 • Fax – (405) 279-2758
Meekerpolice@charter.net