# Meeker Police

*Assitant Chief of Police Sam Byrd*

TO: Sean Sugrue                     DT: 13, June 2012

CC: Meeker Chief Don Conner

RE: Complaint against Meeker Reserve Officer Sean Sugrue

Sean,

On Wednesday 06, June 2012 while at the Meeker Police Department, I received a notarized formal complaint in person by James Goad in which he basically stated as the result of having made contact with you during the course of your duties, your behavior was "very loud, very aggressive and very, very unprofessional."

Per the Meeker Police Department's Standard Operating Procedures, I conducted an administrative investigation of the incident. After review of all statements, per S.O.P., I have determined that in accordance with Department Police 6.7.16 (b), I have classifed the results as Exonerated – allegations true, but result of adherence to proper and appropriate procedures and techniques.

Sean, you need to be on top of these types of situations and not let someone who appears to be aggitated, or otherwise difficult to deal with, get to your last nerve. Consider this a verbal warning.

Sam Byrd
Assistant Chief of Police

x *Sean Sugrue*    17 June 2012

510 W. Carl Hubbell Blvd. • P.O. Box 428
Meeker, OK 74855
Non-Emergency – (405) 279-3321 • Emergency – (405) 279-3931 • Fax – (405) 279-2758
Meekerpolice@charter.net