IN THE DISTRICT COURT OF THE TWENTY-THIRD DISTRICT
SITTING IN LINCOLN COUNTY
STATE OF OKLAHOMA

2013 MAR 20 PM 2:39

DISTRICT CT. CLK.
LINCOLN CO., OKLA.

STATE OF Oklahoma
Plaintiff.
Vs.
GOAD, JAMES WATIE
DOB: 12/12/1969
340874 E 980 ROAD
MEEKER, OK 74855
OLN# P004583727

No. CF-2013-96

## APPLICATION FOR WARRANT OF ARREST

Comes now the undersigned Affiant on this <u>05th</u> day <u>JULY 2012</u>, and hereby makes application to the Court for a WARRANT OF ARREST to issue against the following individual(s):

### JAMES WATIE GOAD

In support of this application, the undersigned Affiant, being first duly sworn, does now upon said oath, depose and say that the crime(s) of:

OPERATING A PAWNSHOP AFTER FELONY CONVICTION: 59: 37-1503A.B
OPERATING A PAWNSHOP WITHOUT A LICENSE: 59:37-1512.C
MAKING A FALSE DECLARATION TO LAW ENFORCEMENT: 21:453

Did occur in Lincoln County Oklahoma at 626 South Dawson and at 510 West Carl Hubbell Blvd both addresses within the town limits of Meeker, Oklahoma

The Affiant believes that the above named individual(s) did commit the specified crime(s) by reason of personal knowledge, investigation and the reports of witnesses who have related their findings and observations of the facts and circumstances regarding the offense(s) hereinabove named.

THOSE FACTS ARE:

On the 6th day of June 2012 at 0800 hours while acting in my official capacity and role as the Meeker Assistant Chief of Police for the Town of Meeker Lincoln County, Oklahoma took an official notarized complaint at the Meeker Police Department from a white male identified as James Waite Goad. Mr. Goad's complaint was based upon the conversation he had on Monday the 4th of June at approximately 1725 hours with Meeker Police Officer Sean Sugrue. During this conversation, according to Mr. Goad's own transcript that he provided, he was asked if he owned the Meeker Supply and Pawn by Officer Sugrue and Goad stated that he did.

In my conversation with Goad on the June the 6th, Goad claimed again, that he owned the Meeker Pawn and Supply. The facts based upon evidence is that James Waite Goad is a convicted felon in the State of Oklahoma with a lengthy criminal record and is still on probation in Seminole County until 2016 according public record. Under Oklahoma State Law, Goad is not allowed to do conduct business or otherwise have any dealings with a pawn shop. Thus a false sworn declaration was given to me by Goad that was to be used in a personnel proceeding authorized me by law, under Title 21 section 453.

Since Mr. James Goad is currently operating a pawn shop within Lincoln County in direct violation of Oklahoma Statutes, and without said license in his name he is in direct violation of the aforementioned Oklahoma State Laws and I am thus asking for this warrant of arrest for Mr. James Watie Goad.

Sam Byrd _____
                                    Affiant

Subscribed and sworn to before me this 7th day of March, 2013.

MY COMMISSION EXPIRES: 05/05/13    _____
                                    Notary Public

## FINDINGS OF PROBABLE CAUSE

I, the undersigned Judge of the District Court, upon application and examination of sworn testimony and/or affidavit(s), hereby find that probable cause EXISTS to issue Warrant(s) for the arrest of the following individual(s):

Dated this __19__ day of __March__, 20_13_.

_____
Judge of the District Court

I, the undersigned Judge of the District Court, upon application and examination of sworn testimony and/or affidavit(s), hereby find that probable cause does NOT EXISTS to justify the issuance of the Warrant(s) of arrest applied for against the following individual(s):

Dated this _____ day of _____, 20____.

_____
Judge of the District Court