IN THE DISTRICT COURT OF THE TWENTY-THIRD JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR LINCOLN COUNTY

FILED
2013 MAR 20 PM 2:39
BY CT. CLK.
LINCOLN CO., OKLA.

| | |
|---|---|
| THE STATE OF OKLAHOMA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES WATIE GOAD,<br><br>ADDR: 340874 E. 980 Road<br>Meeker, OK 74855<br>DL: P004583727<br>SSN: 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<br>DOB: 12/12/69<br><br>Defendant. | Case No. CF-2013-___ |

## INFORMATION

FOR:

COUNT 1:   PREPARING FALSE EVIDENCE ~ 21 O.S. § 453, a FELONY

STATE OF OKLAHOMA, COUNTY OF LINCOLN:

I, **Richard L. Smothermon**, the undersigned District Attorney of said County, in the name and by the authority, and on behalf of the State of Oklahoma, give information that in said County of Lincoln and in the State of Oklahoma, **JAMES WATIE GOAD**, did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

COUNT 1:   PREPARING FALSE EVIDENCE ~ a FELONY, on or between the 4th day of June, 2012, and the 6th day of June, 2012, by falsely preparing a notarized instrument in writing producing it as genuine upon an inquiry/investigation authorized by law.

This crime is punishable by imprisonment for 4 years to life and a fine of up to $10,000.

RICHARD L. SMOTHERMON
DISTRICT ATTORNEY

By: *[signature]*
Pamela Hammers
Assistant District Attorney

I have examined the facts in this case and recommend that a warrant do issue.

By: *[signature]*
Pamela Hammers
Assistant District Attorney

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Donna Watkins, Meeker City Hall, 510 W. Carl Hubbell Blvd., Meeker, OK 74855
Sam Byrd, MEEKER POLICE DEPARTMENT, Meeker, OK 74855
Sean Sugrue, MEEKER POLICE DEPARTMENT, Meeker, OK 74855
Lindsey Lundy, 3613 NW 56th Street, Suite 240, Oklahoma City, OK 73112-4512

IN THE DISTRICT COURT OF THE TWENTY-THIRD JUDICIAL DISTRICT OF
THE STATE OF OKLAHOMA SITTING IN AND FOR LINCOLN COUNTY

THE STATE OF OKLAHOMA, )
 )
    Plaintiff, )
 )
vs. ) Case No. CF-2013-96
 )
JAMES WATIE GOAD, )
SSN:  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 )
DOB:  12/12/69 )
 )
    Defendant. )

### SUPPLEMENTAL INFORMATION FOR AFTER FORMER CONVICTION

I, **Richard L. Smothermon**, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, and in addition to the original information filed herein, further inform the Court as follows:

That the same James Watie Goad, was theretofore, on the 8th day of January, 1996, in case number CF-1995-326, in the District Court of Pottawatomie County, State of Oklahoma, convicted of the Felony offense of Knowingly Concealing Stolen Property, said defendant being represented at the time and said conviction a final judgment in the case.

Further, that the same James Watie Goad, was theretofore, on the 21st day of December, 1996, in case number CF-1996-4, in the District Court of Seminole (Wewoka) County, State of Oklahoma, convicted of the Felony offense of Count 1: Unlawful Possession of Controlled Drug with Intent to Manufacture or Distribute, Count 2: Unlawful Possession of Controlled Drug, Count 3: Unlawful Possession of Controlled Drug with Intent to Manufacture or Distribute, said defendant being represented at the time and said conviction a final judgment in the case.

Further, that the same James Watie Goad, was theretofore, on the 27th day of April, 1998, in case number CF-1997-121, in the District Court of Seminole (Wewoka) County, State of Oklahoma, convicted of the Felony offense of Escape From a Penal Institution, said defendant being represented at the time and said conviction a final judgment in the case.

Further, that the same James Watie Goad, was theretofore, on the 27th day of April, 1998, in case number CF-1997-221, in the District Court of Seminole (Wewoka) County, State of Oklahoma, convicted of the Felony offense of Count 1: Possession of a Motor Vehicle with Altered Vehicle Identification Number and Count 2: Knowingly Concealing Stolen Property, said defendant being represented at the time and said conviction a final judgment in the case.

RICHARD L. SMOTHERMON
DISTRICT ATTORNEY

By: /s/ Pam Hammers
Pamela Hammers
Assistant District Attorney