# COMMENTARY

## Steve Mathis

t week I was hand delivered a printed mail from a longtime ader that featured entary written by idual named Matt

attention, so often did he vote "present"; and finally an unaccomplished single term in the United States Senate, the entirety of which was devoted to his presidential ambitions.

He left no academic legacy in academia, authored no signature legislation as a legislator. And then there is the matter of his troubling associations: the white-hating, America-loathing preacher who for decades served as Obama's "spiritual mentor"; a real-life, actual terrorist who

who allegedly columnist for the n Post. The e-mail worthy because the speaks out against Obama and the

served as Obama's colleague and political sponsor. It is easy to imagine a future historian looking at it all and asking; how on Earth was such a man elected president?

Post is one of newspapers that are y liberal.

ed my interest so I t checking to verify on did indeed write or at least his article the newspaper. I on truthorfiction the commentary in the e-mail was cal article written n, but it actually n the conservative erican Thinker on Truthorfiction also the article did not e Washington Post ng to a Nov. 4, 2011 e Post. Patterson is d at the newspaper has ome ashed then

Not content to wait for history, the incomparable Norman Podhoretz addressed the question recently in the Wall Street Journal: To be sure, no white candidate who had close associations with an outspoken hater of America like Jeremiah Wright and an unrepentant terrorist like Bill Ayers, would have lasted a single day. But because Mr. Obama was black, and therefore entitled in the eyes of liberal Dom to have hung out with protesters against various American injustices, even if they were a bit extreme, he was given a pass. Let that sink in: Obama was given a pass – held to a lower standard – because of the color of his skin.

ample evidence to the contrary. What could this breed if not the sort of empty narcissism on display every time Obama speaks? In 2008, many who agreed that he lacked executive qualifications nonetheless raved about Obama's oratory skills, intellect and cool character. Those people – conservatives included – ought now to be deeply embarrassed.

The man thinks and speaks in the hoariest clichés, and that's when he has his Teleprompters in front of him. When the prompter is absent he can barely think or speak at all. Not one original idea has ever issued from his mouth – it's all warmed-over Marxism of the kind that has failed over and over again for 100 years.

And what about his character? Obama is constantly blaming anything and everything else for his troubles. Bush did it; it was bad luck; I inherited this mess. It is embarrassing to see a president so willing to advertise his own powerlessness, so comfortable with his own incompetence. But really, what were we to expect? The man has never been responsible for anything, so how do we expect him to act responsibly?

In short: our president is a small and small-minded man, with neither the temperament nor the intellect to handle his job. When you understand that, and only when you understand

## PEOPLE NOTES

### Danny Morgan

The Oklahoma Energy Resources Board announced the appointment of Danny Morgan to the board of directors. Morgan joins 20 others as members of the board of directors.

Morgan serves as president of Morgan Well Service Inc. and Digger Oil and Gas Co. Prior to becoming president of his family's business, he served

several years in public office. After becoming Mayor of Prague, Morgan went on to serve 10 years in the Oklahoma House of Representatives.

Over his career, he received numerous honors and awards including being named Legislator of the Year by the Oklahoma Independent Petroleum Association and the Enid Oilman's Association

## Meeker pawn shop owner arrested

**By ROBBIE MCCOMMAS**
*Staff Writer*

A Meeker Pawn Shop owner was arrested last week for operating a pawn shop as a felon.

Meeker Police Chief Sam Byrd, who was acting as assistant chief at the time on June 6, 2012, discovered that Pawn Shop owner James Watie Goad, 43, was indeed a felon in the State of Oklahoma and was still on probation at that time in Seminole County until 2016.

Byrd included in his report under Oklahoma State law, Goad is not allowed to conduct a business or otherwise have dealings with a pawn shop. Byrd reported that Goad gave a false sworn declaration to be used in a personnel proceeding.

On March 20, a warrant was issued for Goad's arrest. He was arrested on March 21 and held with a $10,000 bond.

Also on March 20, felony charges were filed against Goad for preparing false evidence. For on, or between June 4-6, 2012, falsely preparing a notarized instrument in writing producing it as genuine upon an inquiry/investigation authorized by law. If convicted, he could face imprisonment for four years to life and a fine of up to $10,000.

## Local students win contest

More than 2,000 students statewide competed in the American Farmers & Ranchers annual poster contest. Wellston Elementary School had five students that placed among the top 100 winners.

This year's theme was "I Believe in Oklahoma Agriculture." Students were encouraged to illustrate what agriculture meant to them or why they believed in agriculture in Oklahoma.

Placing in Division I for students in grades 1-2 were Kyle Batson, Bailey Barrett and Abram Johnson.

Placing in Division II for students in grades 3-4 were Hailey Silas, and Emma Janes. AFR recognizes the top fifty in each category.

## Rt. 66 Community Partners meeting set

Rt. 66 Community Partners has organized a Legislative Reception for 5:30 p.m., April 4, at the Cushing Country Club, 4615 E. Ninth Street in Cushing

Rt. 66 Community Partners is a group of individuals from ounding communities

LAND TRANSACTIONS

**EXHIBIT 8**